

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
  CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 3, 2020

J. Barrett Shipp
Shipp, Ecke & Cromeens, PLLC
1718 San Pedro Ave.
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Philip Martin Ross
1006 Holbrook Road
San Antonio, TX 78218-3325
* DELIVERED VIA E-MAIL *

Laura A. Cavaretta
Cavaretta, Katona & Leighner, PLLC
700 N. St. Mary's St.
Suite 1500
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-19-00104-CV
         Trial Court Case Number:   2017PC2912
         Style:  In re Guardianship of Charles Inness Thrash, an Incapacitated
         Person

        Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

        Very truly yours,
        MICHAEL A. CRUZ,
        Clerk of Court

        Cecilia Phillips
        Cecilia Phillips
        Deputy Clerk, Ext. 5-3221

cc: William E. Leighner (DELIVERED VIA E-MAIL)
    Dinah L. Gaines (DELIVERED VIA E-MAIL)
    Les Katona, Jr. (DELIVERED VIA E-MAIL)
    Karen R. Andersen (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2020

No. 04-19-00104-CV

**IN RE GUARDIANSHIP OF CHARLES INNESS THRASH,** an Incapacitated Person

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017PC2912
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On December 17, 2019, appellants filed a Motion for Rehearing En Banc. After consideration, the motion is DENIED. *See* TEX. R. APP. P. 49.3

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court

January 3, 2020

No. 04-19-00104-CV

**IN RE GUARDIANSHIP OF CHARLES INNESS THRASH,** an Incapacitated Person

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017PC2912
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                 Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena Chapa, Justice
                 Irene Rios, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

On December 17, 2019, appellants filed a Motion for Rehearing En Banc. After consideration, the motion is DENIED. *See* TEX. R. APP. P. 49.3

/s/ Beth Watkins
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2020.

/s Michael A. Cruz
MICHAEL A. CRUZ,
Clerk of Court

ENTERED THIS 3RD DAY OF JANUARY, 2020.